

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00334-CV

JOSE RICARDO BACA AND MARIA BACA, APPELLANTS

V.

SAFECO INSURANCE COMPANY OF INDIANA,
JOHN ADAMS, AND RYAN BASINGER, APPELLEES

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CI-20161-136, Honorable Roland D. Saul, Presiding

August 26, 2019

MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellants, Jose Ricardo Baca and Maria Baca, have filed a motion seeking voluntary dismissal of their appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not address costs, costs will be taxed against

appellants.  TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam